UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW JAMES LINDSAY SHORE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>Defendants. | CASE NO. C14-1939-RSL<br><br>REPORT AND RECOMMENDATION |

Plaintiffs Matthew James Lindsay Shore and Savanah Shore filed a complaint in this matter (Dkt. 1-1), but only plaintiff Matthew Shore filed a motion to proceed *in forma pauperis* (IFP). (Dkt. 1.) The Court issued a minute order (Dkt. 3) advising that all named plaintiffs would need to file a completed IFP application before the Court could determine if granting IFP would be appropriate in this case. The deadline for plaintiffs to respond to the minute order has passed without response from plaintiffs. Accordingly, the Court recommends plaintiffs' motion to proceed IFP (Dkt. 1) be DENIED. This action should proceed only if plaintiffs pay the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk

REPORT AND RECOMMENDATION
PAGE - 1

should close the file.

## DEADLINE FOR OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 6, 2015**.

DATED this 17th day of February, 2015.

                                              Mary Alice Theiler
                                              Chief United States Magistrate Judge